UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:16-cr-423-T-35MAP

ZUBERI JABARI GAMBA
    a/k/a "Jessie Lee Johnson"

18 U.S.C. §§ 922(g)(1), 924(a)(2)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 841(a)(1), (b)(1)(C)
18 U.S.C. § 924(d)(1) (Forfeiture)
21 U.S.C. § 853 (Forfeiture)
28 U.S.C. § 2461(c) (Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 21, 2016, in the Middle District of Florida,

ZUBERI JABARI GAMBA
a/k/a "Jessie Lee Johnson,"

then being a person convicted in a court of a crime punishable by imprisonment for a term exceeding one year, namely:

1. RICO, RICO Conspiracy, Conspiracy to Traffic in Cocaine more than 400 Grams, and Trafficking in Cocaine 200 to 400 grams, Case No. 8703143, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, on or about January 5, 1988; and

2. Hallucinogen-Other-Non Marij (two counts), Case No. 8209642, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, on or about August 18, 1982;

did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, namely a Smith & Wesson, model SW40VE, .40-caliber, semi-automatic pistol and 13 rounds of Remington .40-caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about June 21, 2016, in the Middle District of Florida,

ZUBERI JABARI GAMBA
a/k/a "Jessie Lee Johnson,"

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT THREE

On or about June 21, 2016, in the Middle District of Florida,

ZUBERI JABARI GAMBA
a/k/a "Jessie Lee Johnson,"

did knowingly use and carry a firearm during and in relation to, and possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, that is, possession with intent to distribute heroin, as charged in Count Two of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## **FORFEITURES**

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation alleged in Counts One or Three of this Indictment,

>ZUBERI JABARI GAMBA
>a/k/a "Jessie Lee Johnson,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all of his right, title, and interest in any firearm and ammunition involved in or used in the violation of 18 U.S.C. § 922(g)(1). Specifically, the property to be forfeited includes, but is not limited to, the following: a Smith & Wesson, model SW40VE, .40-caliber, semi-automatic pistol and 13 rounds of Remington .40-caliber ammunition.

3. Upon conviction of the violation alleged in Count Two of this Indictment,

>ZUBERI JABARI GAMBA
>a/k/a "Jessie Lee Johnson,"

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation, and any property used or intended to be used to commit, or to facilitate the commission of, such violations.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853 (p), directly and as incorporated by reference in 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crime and Gangs Section

FORM OBD-34
APR 1991

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ZUBERI JABARI GAMBA
a/k/a "Jessie Lee Johnson"

INDICTMENT

Violations:

18 U.S.C. §§ 922(g)(1), 924(a)(2)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 841(a)(1), (b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this _____ day

of October, 2016.

_____
Clerk

Bail $ _____

GPO 863 525